# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**************************************************************************

IN RE: : CHAPTER 7

MICHAEL MATTHEW WIKTOR   and :
JUDITH ANN WIKTOR :

Debtors : NO:   5-19-01073

**************************************************************************

MICHAEL MATTHEW WIKTOR   and :
JUDITH ANN WIKTOR :

                                    Plaintiff :

vs. : ADVERSARY NO. _____

BOSCOV'S :

                                    Defendant :

**************************************************************************

## COMPLAINT TO RECOVER DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY

**************************************************************************

**AND NOW COMES** the Plaintiffs/Debtors, Michael and Judith Wiktor, by and through their attorney, Tullio DeLuca, Esquire, and makes this Complaint to Recover Damages for Violation of the Automatic Stay and, in support thereof, avers as follows:

1.     On March 19, 2019, Michael and Judith Wiktor, (hereinafter "Plaintiffs/Debtors") filed her petition under Chapter 7 Title 11, U.S. Code in the United States Bankruptcy Court for the Middle District of Pennsylvania.

2.     Mark J. Conway, Esquire was appointed the standing Chapter 7 Trustee in the above case.

3.     On March 20, 2019, Boscov's was served by electronic transmission by the Bankruptcy Noticing Center  with the Notice of 341 Meeting of Creditors. A copy of the Certificate of Mailing of 341 Meeting Notice is attached hereto and made a part hereof, and marked as Exhibit "A."

4. After being notified of the filing of the Chapter 7 bankruptcy, Boscov's forwarded a billing statement to the Debtor in an attempt to collect on pre-petition debt. A copy of these notices are attached hereto and Exhibit "B".

5. Based on the foregoing facts and the Exhibits attached hereto and made a part hereof, Boscov's conduct is in violation of the automatic stay, 11 U.S.C. Section 362.

WHEREFORE, the Debtors, Michael and Judith Wiktor, requests the following relief:

1. An order adjudging Boscov's in civil contempt for violation of the automatic stay provisions of Section 362 of the Bankruptcy Code.

2. An order awarding Debtor damages, including punitive damages, for Boscov's violation of the automatic stay, along with costs and attorney's fees incurred as a result of the violation of the automatic stay by Boscov's.

3. Such other and further relief as the court may deem appropriate.

Respectfully submitted,

Tullio DeLuca, Esquire
Attorney I.D. 59887
Attorney for Debtors
381 North 9th Avenue
Scranton, Pennsylvania 18504
570-347-7764

Dated this 29 day of April, 2019

# Exhibit "A"

# Exhibit "B"

## Summary of account activity

| | |
|---|---|
| Account no. | ****-****-****-7432 |
| Previous balance | $369.81 |
| Payments | 0.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 0.00 |
| Fees charged | 38.00 |
| Interest charged | 8.83 |
| **New balance** | **$416.64** |
| Past due amount | 46.00 |
| Credit limit | $400.00 |
| Available credit | $0.00 |
| Statement closing date | 04/14/2019 |
| Days in billing cycle | 30 |

## Payment information

| | |
|---|---|
| New balance | $416.64 |
| Minimum payment due | $67.00 |
| Payment due date | 05/10/2019 |

**Late payment warning:**
If we do not receive your minimum payment by 05/10/2019 you may have to pay up to a $39.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 20 months | $525 |

For information regarding credit counseling services, call 1-800-284-1706.

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| **Fees** | | |
| 04/10/2019 | LATE FEE | 38.00 |
| | Total fees charged for this period | $38.00 |
| **Interest charged** | | |
| | Interest charge on purchases | $8.83 |
| | Total interest for this period | $8.83 |

| 2019 totals year to date | |
|---|---|
| Total fees charged in 2019 | $65.00 |
| Total interest charged in 2019 | $33.40 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account. See BALANCE COMPUTATION METHOD on page 2 for more details.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 28.2400% (v) | 380.33 | 8.83 |

## Additional important messages

**Important Reminder: Promotional plan expiration dates and payment due dates may be different.**

If you have previously made purchases with this credit card using a promotional plan, or might do so in the future, this information applies to you.

In the past, we haven't always stopped the promotional terms immediately after a promotional plan expires. However, we will begin doing so effective 5/1/2019. This means that if you have a remaining

(CONTINUED)

---

NOTICE: See reverse side for important information.

Please tear at perforation above



| Account number | | |
|---|---|---|
| New balance | Minimum payment | |
| **$416.64** | **$67.00** | |
| 99 4 | | |

☐ **Yes, I have moved or updated my** e-mail address - see reverse.

Amount enclosed:

Payment must reach us by 6 pm ET on **05/10/2019.**

$

Please make check payable to:
COMENITY - Boscov's

JUDITH A WIKTOR

Please return this portion along with your payment to:
PO BOX 659622
SAN ANTONIO TX 78265-9622

Exhibit "A"

5780976067177432   000006700 000041664

**Additional important messages - continued**

promotional plan balance after the expiration date, you will see the balance and any accrued interest (if applicable) has been moved to your regular revolving plan on the billing statement following the change.

**How to avoid or minimize interest charges:** Be sure to pay promotional plan balances in full on or before the expiration date(s). Please keep an eye out for notifications when your plans are nearing their expiration dates – you'll see them in the red box on page 1 of your statement.
If you have questions, please call us toll-free at 1-844-271-2778 (TDD/TTY:1-888-819-1918).
To learn more about how promotional plans work, visit comenity.com/financial-education. We're always happy to help.

Federal Law requires us to provide the following notice: We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

How can you take charge against ID Theft? Visit idtheft.gov to find out.

34901010    00065097    578097606717177432    000006700    000041664

In re:
Michael Matthew Wiktor
Judith Ann Wiktor
      Debtors

Case No. 19-01073-RNO
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: TWilson      Page 1 of 2      Date Rcvd: Mar 20, 2019
                         Form ID: 309A       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db/jdb        +Michael Matthew Wiktor,    Judith Ann Wiktor,    628 Carmalt St.,    Dickson City, PA 18519-1403
5173655       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5173666       +The Times Tribune,    P.O. Bos 3478,    Scranton, PA 18505-0478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: tullio.deluca@verizon.net Mar 20 2019 19:19:39      Tullio DeLuca,
               381 N. 9th Avenue,    Scranton, PA  18504
tr            +EDI: BMJCONWAY.COM Mar 20 2019 23:18:00      Mark J. Conway (Trustee),
               502 South Blakely Street,    Dunmore, PA 18512-2237
ust            E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Mar 20 2019 19:19:58       United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5173643        EDI: BANKAMER.COM Mar 20 2019 23:18:00      Bank of America,    P.O. Box 982234,
               El Paso, TX 79998
5173644        EDI: BANKAMER.COM Mar 20 2019 23:18:00      Bank of America,    P.O. Box 31785,
               Tampa, FL 33631-3785
5173645       +EDI: CAPITALONE.COM Mar 20 2019 23:18:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
5173646       +EDI: CHASE.COM Mar 20 2019 23:18:00      Chase,    PO Box 15298,    Wilmington DE 19850-5298
5173647       +EDI: CITICORP.COM Mar 20 2019 23:18:00      Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
5173648       +EDI: COMCASTCBLCENT Mar 20 2019 23:18:00      Comcast,    676 Island Pond Rd.,
               Manchester, NH 03109-4840
5173649        EDI: WFNNB.COM Mar 20 2019 23:18:00      Comenity Bank/Boscov's,    Bankruptcy Department,
               P.O. Box 183043,    Columbus, OH 43218-3043
5173650       +EDI: RCSFNBMARIN.COM Mar 20 2019 23:18:00      CreditOne,    P.O. Box 98873,
               Las Vegas, NV 89193-8873
5173651        EDI: RCSDELL.COM Mar 20 2019 23:18:00      Dell Financial Services,    12334 North IH 35,
               Austin, TX  78753
5173652        EDI: AMINFOFP.COM Mar 20 2019 23:18:00      First Premier Bank,    P.O. Box 5524,
               Sioux Falls, SD 57117-5524
5173653       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 20 2019 19:20:41
               JH Portfolio Debt Equities,    5757 Phantom Dr., Suite 225,    Hazelwood, MO 63042-2429
5173656       +EDI: RESURGENT.COM Mar 20 2019 23:18:00      LVNV Funding LLC,    P.O. Box 10497,
               Greenville, SC 29603-0497
5173658       +EDI: MID8.COM Mar 20 2019 23:18:00      Midland Credit Management,
               2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5173659       +EDI: MID8.COM Mar 20 2019 23:18:00      Midland Funding, LLC,    2365 Northside Drive, Ste. 300,
               San Diego, CA 92108-2709
5173660       +E-mail/Text: bankruptcy@nbtbank.com Mar 20 2019 19:20:08      NBT,    52 S. Broad St.,
               Norwich, NY 13815-1699
5173662        EDI: RMSC.COM Mar 20 2019 23:18:00      Synchrony Bank/CareCredit,    Attn: Bankruptcy Dept.,
               P.O. Box 965061,    Orlando, FL 32896-5060
5173663        EDI: RMSC.COM Mar 20 2019 23:18:00      Synchrony Bank/JC Penney,    Attn: Bankruptcy Dept.,
               PO Box 965060,    Orlando, FL 32896-5060
5173664        EDI: RMSC.COM Mar 20 2019 23:18:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept.,
               P.O. Box 965060,    Orlando, FL 32896-5060
5173665        EDI: RMSC.COM Mar 20 2019 23:18:00      Synchrony Bank/Wal-Mart,    Attn: Bankruptcy Dept.,
               P.O. Box 965060,    Orlando, FL 32896-5060
5173667       +EDI: VERIZONCOMB.COM Mar 20 2019 23:18:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
               Suite 550,    Weldon Spring, MO 63304-2225                                      TOTAL: 23

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5173654*      +Judith Ann Wiktor,    628 Carmalt St.,    Dickson City, PA 18519-1403
5173657*      +Michael Matthew Wiktor,    628 Carmalt St.,    Dickson City, PA 18519-1403
5173661      ##+RUI Credit Services, Inc.,    225 Broadhollow Rd.,    Melville, NY 11747-4809
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Exhibit "B"

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2019                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:

    Mark J. Conway (Trustee)    PA40@ecfcbis.com,
     mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
    Tullio DeLuca    on behalf of Debtor 2 Judith Ann Wiktor tullio.deluca@verizon.net
    Tullio DeLuca    on behalf of Debtor 1 Michael Matthew Wiktor tullio.deluca@verizon.net
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                  TOTAL: 4

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Matthew Wiktor** | Social Security number or ITIN | xxx–xx–8672 |
| | First Name   Middle Name   Last Name | EIN  _ _-_ _ _ _ _ _ _ | |
| Debtor 2 | **Judith Ann Wiktor** | Social Security number or ITIN | xxx–xx–3801 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _-_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | Date case filed for chapter  **7   March 19, 2019** | |
| Case number:   **5:19-bk-01073-RNO** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline     12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Michael Matthew Wiktor | Judith Ann Wiktor |
| 2. | All other names used in the last 8 years | aka Michael M. Wiktor, aka Michael Wiktor | aka Judith Wiktor, aka Judith A. Wiktor, aka Judi Wiktor, aka Judi A. Wiktor, aka Judi Ann Wiktor |
| 3. | Address | 628 Carmalt St.<br>Dickson City, PA 18519 | 628 Carmalt St.<br>Dickson City, PA 18519 |
| 4. | Debtor's attorney,<br>Name and address | Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504 | Contact phone 570 347-7764<br><br>Email: tullio.deluca@verizon.net |
| 5. | Bankruptcy trustee<br>Name and address | Mark J. Conway (Trustee)<br>502 South Blakely Street<br>Dunmore, PA 18512 | Contact phone 570 343-5350<br><br>Email: PA40@ecfcbis.com |

For more information, see page 2

<u>Receiving Court Issued Orders and Notices by E-Mail:</u>  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831-2500<br><br>Date: March 20, 2019 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 3, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• If you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: July 2, 2019** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**                                page 2